CHARLES GAGAS and Another, Respondents, v. CLARENCE L. CRABB and Another, as Executors, etc., of JOSEPH H. JAMMAL, Deceased, Appellants.— Motion for a reargument denied, with ten dollars costs; motion for leave to appeal to the Court of Appeals denied.

MICHAEL PALMA and Another, Respondents, v. NATIONAL FIRE INSURANCE COMPANY OF HARTFORD, Appellant, and GENESEE RIVER NATIONAL BANK AND TRUST COMPANY OF MT. MORRIS, Defendant.— Motion for a reargument denied, without costs.

EDNA A. RALPH, Respondent, v. EDITH S. CRONK, as Administratrix, etc., of ADELBERT D. CRONK, Deceased, Appellant.— Order entered May 9, 1934, amended so as to state that the order is affirmed on the law for insufficiency in law of the proposed supplemental answer and not as a matter of discretion. [See ante, p. 907.]

HELEN CHURCH, Respondent, v. LEWIS HARTER, as Administrator, etc., of PHILIP HARTER, Deceased, Appellant.— Motion for a modification or reargument denied, with ten dollars costs; motion for leave to appeal to the Court of Appeals denied.

In the Matter of the Appointment of Trustee for the Law Library for the Eighth Judicial District to Fill Vacancy.— A. Glenni Bartholomew appointed to fill present existing vacancy.

In the Matter of the Application of the LOCKPORT LAWYERS CLUB for the Institution of Disciplinary Proceedings.— Issues raised by the complaint and answer referred to Hon. Charles B. Wheeler, official referee, to take the proofs thereon and return the same to this court, together with his opinion thereon; Elliott A. Horton, district attorney of Livingston county, designated to prosecute the proceeding.

In the Matter of GEORGE R. GRAVES, an Attorney and Counselor at Law.— Prayer of petitioner denied.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. GEORGE SENECA, Appellant.— Judgment affirmed, with costs. All concur.

TONY R. LIBERTY, Appellant, v. JOHN LEO SULLIVAN, Respondent.— Judgment and order reversed on the law and the facts and new trial granted, with costs to the appellant to abide the event. Memorandum. Error occurred in allowing undue latitude to the defendant both on direct and cross-examination and in the charge relating to the principle *falsus in uno, falsus in omnibus*. The trial was conducted by the defendant in disregard of elementary rules of evidence and in such fashion as to obscure the simple question of fact which was determinative of the case and which the plaintiff was entitled to have presented on probative evidence alone. The interests of justice require a new trial. All concur.

ANNA C. COTY, Respondent, v. JOHN J. McKEOWN and Another, Appellants.— Judgment and order affirmed, with costs. All concur.

ALFRED C. COTY, Respondent, v. JOHN J. McKEOWN and Another, Appellants.— Judgment and order affirmed, with costs. All concur.